United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14152-pmm
John Edward Seaton, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Nov 20, 2024 | Form ID: 130 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John Edward Seaton, III, 920 E Vernon Rd, Philadelphia, PA 19150-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor John Edward Seaton III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   John Edward Seaton III  )  Case No. 24−14152−pmm
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C−2 Due 12/3/24
   Plan Due 12/3/24
   Schedules A Due 12/3/24
   Schedules B Due 12/3/24
   Schedules C Due 12/3/24
   Schedules D Due 12/3/24
   Schedules E Due 12/3/24
   Schedules F Due 12/3/24
   Schedules G Due 12/3/24
   Schedules H Due 12/3/24
   Schedules I Due 12/3/24
   Schedules J Due 12/3/24
   Statement of Attorney Compensation Due 12/3/24
   Statement of Current Monthly Income (122C−1) Due 12/3/24
   Statement of Financial Affairs Due 12/3/24
   Summary of Assets and Liabilities Due 12/3/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: November 20, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court